```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 14161
   ROY E WIETING
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
       Debtor
   SSN XXX-XX-8132

----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/03/08 .

   2.  The case was converted to Chapter 7 without confirmation, 10/03/2008.

----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
----------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL      CURRENT MORTG         .00              .00            .00
COUNTRYWIDE FINANCIAL      MORTGAGE ARRE   NOT FILED              .00            .00
MICHAEL KASKE MD           UNSECURED       NOT FILED              .00            .00
PARMOD & KAMAYANI          UNSECURED       NOT FILED              .00            .00
HSBC MORTGAGE CORP         UNSECURED       NOT FILED              .00            .00
MIDLAND CREDIT MGMT        UNSECURED       NOT FILED              .00            .00
QUEST DIAG INCORP          UNSECURED       NOT FILED              .00            .00
       Summary of disbursements:
----------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED        OTHER          TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00          .00          .00            .00
PRINCIPAL PAID         .00         .00          .00          .00            .00
INTEREST PAID          .00         .00          .00          .00            .00
TOTAL PAID             .00         .00          .00          .00            .00
The Debtor's attorney, PAUL M BACH                , was allowed $           .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/22/09              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
   CASE NO. 08 B 14161 ROY E WIETING
```